FILED
CLERK, U.S. DISTRICT COURT
OCT 11 2013
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR 10-00060-DDP |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION |
| v. | ) | [Fed. R. Cim. P. 32.1(a)(6); |
| ERWIN ALVARDO, | ) | 18 U.S.C. § 3143(a)] |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A. (✓) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _Nature of the offenses; unknown background information; insufficient bail resources_

and/or

1 | B.   ( ) The defendant has not met his/her burden of establishing by clear and
2 |      convincing evidence that he/she is not likely to pose a danger to the safety of any
3 |      other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
4 |      finding is based on: _____
5 | _____
6 | _____
7 | _____
8 |
9 |      IT IS THEREFORE ORDERED that the defendant be detained pending the further
10 | revocation proceedings.
11 |
12 | Dated: October 11, 2013                    /s/ Alicia G. Rosenberg
13 |                                            ALICIA G. ROSENBERG
                                                United States Magistrate Judge